**Order entered December 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00685-CV

### CITY OF HEATH, Appellant

### V.

### ROBERT WILLIAMSON D/B/A PCNETSYS, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-1576**

## ORDER

Before the Court is appellee's December 1, 2020 unopposed second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 11, 2021. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
JUSTICE